United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO JIMENEZ DE LA TORRE, et al., | No. C 02-1942 CRB |
| Plaintiffs, | **ORDER VACATING JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

THIS DOCUMENT RELATES TO:
Case No. C 01-0892-CRB
Case No. C 02-1943-CRB
Case No. C 02-1944-CRB

Pursuant to this Court's Amended Memorandum and Order Re: Mexican Defendants Motion to Dismiss, filed in the related Cruz action, the judgment entered in this case on March 30, 2005 is hereby VACATED.

/ / /

/ / /

/ / /

/ / /

/ / /

1   All parties are further ORDERED to appear for a telephonic case management conference
2   on Friday, June 24, 2005 at 10:00 a.m. to set a schedule for future motions to dismiss.
3   **IT IS SO ORDERED.**

Dated: June 16, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE