1  DAVID C. BROWNSTEIN (NO. 141929)
   LESLIE F. BROWN (NO. 209292)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268

5  JONATHAN BLACKMAN, Admitted *Pro Hac Vice*
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
6  One Liberty Plaza
   New York, New York 10006
7  Telephone: (212) 225-2000
   Facsimile: (212) 225-3999
8
   Attorneys for Defendants THE REPUBLIC OF MEXICO
9  BANCO de MEXICO, S.A.; BANCO de CREDITO
   RURAL, S.A. as successor in interest to the BANCO
10 de CREDITO AGRICOLA, S.A.; and PATRONATO del
   AHORRO NACIONAL, S.A.; as successor in interest to
11 the BANCO del AHORRO NACIONAL, S.A.

RECEIVED
JUL 14 2005

FILED
SEP - 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | SENORINO RAMIREZ CRUZ; LEOCADIO     | Case No. C 01 0892 CRB
   | de la ROSA; LIBORIO SANTIAGO PEREZ; |
16 | FELIPE NAVA; IGNACIO MACIAS; and    | Consolidated with:
   | RAFAEL NAVA, on behalf of themselves and |   Case No. C 02-1942 CRB
17 | all others similarly situated,      |   Case No. C 02-1943 CRB
   |                                     |   Case No. C 02-1944 CRB
18 |              Plaintiffs,            |
   |    v.                               |
19 |                                     | **ORDER AMENDING**
   | UNITED STATES OF AMERICA; ESTADOS   | **JUNE 16, 2005 ORDER**
20 | UNIDOS MEXICANOS; WELLS FARGO       |
   | BANK; BANCO de MEXICO, BANCO        |
21 | NACIONAL de CREDITO RURAL, S.N.C., as |
   | successor in interest to the BANCO de CREDITO |
22 | AGRICOLA, S.A.; and PATRONATO del   |
   | AHORRO NACIONAL, as successor in interest |
23 | to the BANCO del AHORRO NACIONAL, S.A. |
   |                                     |
24 |              Defendants.            |

25

26    Now before the Court is the Mexican Defendants' motion to amend the Court's

27 Amended Memorandum and Order, Cruz v. United States, No. C 01- 0892 (CRB) (N.D. Cal.

28 June 16, 2005) (the "Order"), to certify it for appeal, pursuant to 28 U.S.C. § 1292(b). The

Order is hereby amended to add the following to page 36 before the section entitled "Conclusion:"

### VII. Certification for Appeal pursuant to § 1292(b)

Pursuant to 28 U.S.C. § 1292(b), a district court may certify for immediate appeal certain "order[s that would] not otherwise [be] appealable" The Court finds that the issues raised by sections I, III and VI, infra, all are "[(i)] controlling questions of law [(ii)] as to which there is substantial ground for difference of opinion and [(iii)] that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). See James v. Price Stern Sloan, Inc., 283 F.3d 1064, 1068 (9th Cir. 2002).

**IT IS SO ORDERED.**

Dated: July ___, 2005

September 9 2005

The Hon. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE